IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN LEGGETT                              )
       Petitioner,                         )
                                          )
vs.                                       )     C.A. No. 05-283 Erie
                                          )
MARILYN BROOKS                            )
       Respondent.                        )

REPORT AND RECOMMENDATION

       AND NOW, this 4th day of October, 2005, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has an average monthly balance of $ 28.43 in his account at the prison which sum is far in excess of the $ 5.00 filing fee required to commence this action, and it further appearing that requiring the petitioner to pay the filing fee will not deprive him of any necessities of life at the Institution,

       It is recommended that leave to proceed in forma pauperis be denied.

       Petitioner shall have until October 19, 2005, in which to file objections to said Report and Recommendation. Failure to file timely objections may constitute a waiver of any appellate rights.

       S/ Susan Paradise Baxter
       SUSAN PARADISE BAXTER
       Chief United States Magistrate Judge